IN THE SUPREME COURT OF TEXAS

 No. 05-0041

 IN RE RAINTREE RESORTS INTERNATIONAL, INC., RAINTREE RESORTS MANAGEMENT
 COMPANY, L.L.C., STARWOOD HOTELS & RESORTS WORLDWIDE, INC., CLUB REGINA
 RESORTS, INC. AND SLC OPERATING LIMITED PARTNERSHIP

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion to stay proceedings, filed April 11, 2005, is
granted. All trial court proceedings in Cause No. 2002-36537, styled
James Dwyer and Karen Humphrey v. Raintree Resorts International, Inc., et
al., in the 152nd District Court of Harris County, Texas, are stayed
pending further order of this Court.

 Done at the City of Austin, this April 18, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk